AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**TIMOTHY D. MINCEY**

## CRIMINAL COMPLAINT

**CASE NUMBER:**

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **APRIL 27, 2005** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant did, (Track Statutory Language of Offense)

having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a F.I.E. 38 caliber revolver and .38 caliber ammunition.

in violation of Title **18** United States Code, Section(s) **922(g)(1)**.

I further state that I am **OFFICER TRAVIS EAGAN**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

**Signature of Complainant**
**OFFICER TRAVIS EAGAN**
**THIRD DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____   at   **Washington, D.C.**
**Date**                                      **City and State**

_____      _____
**Name & Title of Judicial Officer**           **Signature of Judicial Officer**