UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA                ::

                           vs.          ::          CRIMINAL NO. _05-235M-01_

                                        ::          **FILED**

_Timothy D. Mincey_                     ::          MAY 0 3 2005

Registration No. _42104-083_            ::          NANCY MAYER WHITTINGTON, CLERK
                                                    U.S. DISTRICT COURT

### O R D E R

It is hereby ordered that the Defendant _Timothy D. Mincey_

be committed to the custody of the Attorney General or a designated representative for

confinement in the corrections facility separate, to the extent practical, apart from persons

awaiting or serving sentences or being held in custody pending appeal. Defendant shall be

afforded a reasonable opportunity for private consultation with defense counsel. Upon order

of a Court of the United States of America or at the request of the United States Attorney

for the Government, the person in charge of the corrections facility shall deliver the Defendant

to the United States Marshal for the purposes of an appearance in connection with a court

proceeding.

SO ORDERED, this ___3rd___ day of ___May___ ___2005___.

_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE