UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.  05-200 (RMU) |
| | : | |
| v. | : | |
| | : | |
| TIMOTHY MINCY | : | |
| | : | |
| **Defendant.** | | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney Priscilla Carroll, Georgia Bar Number 112510, telephone number (202) 305-0710 and this is notice of her appearance in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
Priscilla Carroll
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 112510
555 4th Street, N.W., Room 4848
Washington, DC 20530
(202) 305-0710