UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
v.                                :    Criminal Case No.:  05-0200 (RMU)
                                  :
TIMOTHY MINCEY,                   :
                                  :
        Defendant.

**FILED**
JUN 6 - 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CRIMINAL SCHEDULING ORDER

In order to manage this case in a manner consistent with the highest quality of justice, it is this  6  day of  June , 2005,

**ORDERED** that the parties file all:

Pretrial Motions\Notices    on or before _____ ;

Oppositions                 on or before _____ ; and

Replies                     on or before _____ ; and it is

**FURTHER ORDERED** that this case be set for:

An interim status conference on  June 20, 2005 , at  3pm  ;

~~A motions hearing~~ on _____, at _____ ; and it is

**ORDERED** that counsel comply with all directives set forth in this court's Standing Order issued for this case and posted at http://www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge