FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUN 1 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States of America_____ )
                     v.                       )           Crim. No. 05-200 (RMU)
Timothy MINCEY,                     )
_____Defendant_____ )

ORDER

Upon good cause shown in defendant's oral motion in open court on June 6, 2005, and upon other evidence before the Court in the record of this case, and the lack of government opposition thereto, it shall be and hereby is,

ORDERED, this **13** day of June, 2005, that the D.C. Dept. of Corrections shall transfer, for medical reasons and as expeditiously as possible, defendant from the Central Detention Facility to the Correctional Treatment Facility, where defendant shall remain so long as he is detained in the above-referenced case.

Hon. Ricardo M. Urbina
United States District Judge

Cc:     Nathan I. Silver, Esq.
         P.O. Box 5757
         Bethesda, MD 20824

         Priscilla Carroll, Esq.
         United States Attorney's Office
         555 4th Street NW
         Washington DC 20530