UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :
                                :
        v.                      :    Criminal Action No.: 05-0200 (RMU)
                                :
Timothy Mincey                  :
        Defendant(s).           :

**FILED**
JUN 2 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

It is this _20_ day of _June_ 2005,

ORDERED that a _Status_ hearing in the above-captioned case shall take place on _Aug. 11th 2005_ at _2:30_.

SO ORDERED.

_____
Ricardo M. Urbina
United States District Judge