UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 05-0200 (RMU)** |
| | : | |
| **TIMOTHY MINCEY,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Priscilla Carroll is withdrawing as counsel for record for the United States in the above-captioned matter, and Assistant United States Attorney Angela S. George, District of Columbia Bar Number 470567, is being substituted as counsel of record.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

_____
Priscilla Carroll
Assistant United States Attorney
Narcotics Section, Georgia Bar No. 112510
555 4th Street, NW, Room 4848
Washington, DC 20530
(202) 305-0710