UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
            v.                    :     Criminal Action No.: 05-0200 (RMU)
                                  :
TIMOTHY MINCEY,                   :
                                  :
            Defendant(s).         :

**ORDER**

It is this 11 day of August 2005,

**ORDERED** that a ___status___ hearing in the above-captioned case shall take place on September 15, 2005 at 10:15.

**SO ORDERED**.

FILED
AUG 1 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
Ricardo M. Urbina
United States District Judge