**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SEP 1 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA         :
                                 :
                v.               :   Criminal Action No.: _05-0200_ (RMU)
                                 :
_Timothy Mincey_,                :
                                 :
            Defendant(s).        :

### CRIMINAL SCHEDULING ORDER[1]

In order to manage this case in a manner consistent with the highest quality of justice, it is this _15_ day of _September_ 2005,

**ORDERED** that the parties file all:

Pretrial Motions\Notices    on or before _Sept. 29, 2005_ ;

Oppositions                 on or before _Oct. 13, 2005_ ; and

Replies                     on or before _Oct 20, 2005_ ; and it is

**FURTHER ORDERED** that this case be set for:

An interim status conference on _Sept 29_, at _11:00 am_; and

A motions hearing            on _Dec. 1, 2005_, at _10 am_;

and it is

**ORDERED** that counsel comply with all directives set forth in this court's Standing Order issued for this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge

---

[1] Revised January 2005.