UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 2 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: **05-200** (RMU) |
| _Timothy Mincey_ | : | |
| Defendant(s). | : | |

### SENTENCING SCHEDULING ORDER[1]

It is this **29** day of **September** 2005,

ORDERED that the sentencing in this matter be set for **Oct. 25 2005** at **9:45**; and it is

FURTHER ORDERED that the probation officer assigned to this case disclose the draft pre-sentence investigation report to the parties 30 business days[2] after the date of the court's referral; and it is

ORDERED that counsel submit objections (if any) to the probation officer within 8 business days of that disclosure; and it is

FURTHER ORDERED that the probation officer disclose to the parties and file with the court the final pre-sentence investigation report within 8 business days of the submission of objections; and it is

ORDERED that any party wishing to submit a memorandum in aid of sentencing must do so no later than 8 business days after the probation officer discloses the final pre-sentence investigation report, with responses (if any) due 4 business days thereafter. These memoranda and any responses thereto must cite to supporting legal authority.

SO ORDERED.

_Ricardo M. Urbina_
United States District Judge

---

[1] Revised January 2005.

[2] A "business day" is any day that is not a Saturday, Sunday, or "legal holiday" as defined by Federal Rule of Criminal Procedure 45(a).